1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRUCE SENATOR,                          No.  2:11-cv-02029 DAD P

12              Plaintiff,

13        v.                                 ORDER

14   MATTHEW CATES, et al.,

15              Defendants.

16

17        Plaintiff is a former prisoner proceeding pro se with a civil rights action under 42 U.S.C.

18   §§ 1983 and 1985, the Americans with Disabilities Act, and California law.  Plaintiff has

19   previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. §

20   636(c).  (See ECF No. 4.)

21        By order filed June 20, 2013, plaintiff was directed to pay the required filing fee of

22   $350.00 within fourteen days from the service of that order.[1]  Plaintiff was also cautioned at that

23   time that his failure to do so would result in the dismissal of this action without prejudice.  The

24   _____

25   [1]  In that order plaintiff was also directed to file a notice of change of address because his last
     filing with this court reflected an Anaheim Hills address as opposed to his address of record

26   which was at the Orange County Probation Department.  Out of an abundance of caution the court
     served its June 20, 2013 order upon plaintiff at both his address of record and at the more recent

27   Anaheim Hills address.  Neither was returned to this court as undeliverable, suggesting that
     plaintiff did receive them.  Even if he did not, plaintiff has failed to abide by the Local Rule

28   requiring that he keep the court apprised of his current address.

1

1  fourteen day period has long since expired, and plaintiff has not responded to the court's order in
2  any way, nor has he paid the required filing fee as directed.
3          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.
4  Dated:  February 11, 2014
5
6                                              _____
                                               DALE A. DROZD
7  DAD:4                                       UNITED STATES MAGISTRATE JUDGE
   sen2029.ffee
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28